*E-FILED - 3/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO,<br><br>Plaintiff,<br><br>v.<br><br>M. VALENZUELA, et al.,<br><br>Defendants. | Case No. C 09-4136 RMW<br><br>**[] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION OR NOTICE REGARDING SUCH MOTION** |

    Defendants Galindo and Valenzuela filed a request for a 73-day extension of time up to and including May 7, 2010 to file their dispositive motion or notice regarding such motion. The Court has read and considered Defendants' request and good cause appearing,

    IT IS ORDERED that Defendants' request for extension of time up to and including May 7, 2010 to file their summary-judgment or other dispositive motion, or notice regarding such motion, is GRANTED. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than thirty (30) days from the date Defendants' motion is filed. Defendants reply brief is due no later than fifteen (15) days after Plaintiff's opposition is filed.

Dated: 3/23/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1

[] Order Granting Defs.' Req. Ext. Time to File Disp. Mot. (C 09-4136 RMW)