United States District Court
For the Northern District of California

1

2

3

4                                                    ***E-FILED - 8/2/10***

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ARVELLO L. TUFONO,                          No. C 09-4136 RMW (PR)

12                    Plaintiff,                  ORDER DENYING PLAINTIFF'S
                                                 MOTIONS FOR APPOINTMENT OF
13        v.                                     COUNSEL; ORDER GRANTING
                                                 PLAINTIFF'S  MOTIONS FOR
14   M. VALENZUELA, et al.,                      EXTENSION OF TIME TO FILE
                                                 RESPONSE TO DEFENDANTS'
15                    Defendants.                MOTION FOR SUMMARY JUDGMENT
                                              /  (Docket Nos. 31, 32, 33, 34)
16

17        Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983

18   against prison officials.  Before the court is plaintiff's motions for appointment of counsel and

19   motions for extension of time to file response to defendants' motion for summary judgment.

20        Plaintiff's motion for appointment of counsel (docket nos. 32, 33) are DENIED for want of

21   exceptional circumstances.  See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997); see also

22   Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981) (there is no constitutional right to

23   counsel in a civil case).  The issues in this case are not particularly complex and plaintiff has thus far

24   been able to adequately present his claims.  This denial is without prejudice to the court's sua sponte

25   appointment of counsel at a future date should the circumstances of this case warrant such

26   appointment.

27        Plaintiff's motion for extension of time to file an opposition to defendants' motion for

28   summary judgment (docket nos. 31, 34) are GRANTED.  Plaintiff shall file his opposition to

defendants' motion for summary judgment by **September 28, 2010**.  Defendants reply brief is due

no later than **fifteen (15) days** after Plaintiff's opposition is filed.

This order terminates docket nos. 31, 32, 33, 34.

IT IS SO ORDERED.

Dated:  <u>7/30/10</u>

_____
RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

Order Denying Plaintiff's Motions for Appointment of Counsel; Order Granting Plaintiff's Motions for Extension of Time to File Response to Defendants' Motion  for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Tufono136Atty-EOT.wpd