UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ARVELLO L. TUFONO, | No. C 5:09-4136 RMW (NJV) |
| Plaintiff, | ORDER FOLLOWING STATUS CONFERENCE |
| v. | |
| M. VALENZUELA, et al., | |
| Defendants. | |

A settlement conference was held in this case on April 21, 2011. The case did not settle. The Court held a telephonic status conference with the parties on May 2, 2011, to discuss the further possibilities of settlement. At the status conference, the Court and the parties were able to identify a central issue which remains unresolved. That central issue is the official housing status of Plaintiff's cellmate at the time of the altercation. Counsel for Defendants is thus directed to contact CDCR officials and obtain all information necessary to resolve that issue prior to the next settlement conference in this case.

A further settlement conference is set for June 3, 2011, at 3:00, in Courtroom D on the fifteenth floor of the Federal Courthouse at 450 Golden Gate Avenue, San Francisco. Counsel for Defendants shall bring with him all documentation necessary to resolve the issue identified above

IT IS SO ORDERED.

Dated: May 3, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ARVELLO L. TUFONO, | No. C 5:09-4136 RMW (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| M. VALENZUEL, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on May 3, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Arvello L. Tufono
2201 Sycamore Way
Apt #18
Antioch, CA 94509

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2